**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OFARIZONA

| | |
|---|---|
| Susana Brown, ) | No. CV-09-2011-PHX-LOA |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| U.S. Housing & Urban Development; City ) of Phoenix Housing Dept.; Mathew ) Henson Apts., ) | |
| Defendants. ) | |

All parties having either voluntarily consented in writing to magistrate-judge jurisdiction pursuant to 28 U.S.C. § 636(c) and/or consenting it has no objection to *pro se* Plaintiff's request that this case be dismissed without prejudice,

**IT IS ORDERED** that *pro se* Plaintiff's request that this case be dismissed without prejudice, docket # 15, is **GRANTED** and hereby dismissing this case without prejudice. The Clerk is directed to terminate this case in its entirety.

**IT IS FURTHER ORDERED** that all other pending motions, docket ## 3, 22, are **DENIED** as moot.

DATED this 8th day of November, 2009.

Lawrence O. Anderson
United States Magistrate Judge